IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Alberto Hernandez-Amparan,<br><br>　　　　　　　Defendant. | No. CR-09-00749-01-TUC-JGZ (LAB)<br><br>**ORDER** |

　　　　On December 30, 2013, after conducting an evidentiary hearing on the matter, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation ("R&R"), in which she recommended finding that Defendant violated Standard Condition No. 1 of the terms of his supervised release by committing another federal crime. (Doc. 109, p. 3.)

　　　　No objections have been filed to the R&R within the time provided by 28 U.S.C. § 636 (b)(1)(C). The Court reviews for clear error the unobjected-to portions of the R&R. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

　　　　Accordingly, after an independent review, **IT IS HEREBY ORDERED** that:

　　　　　　1.　　The Report and Recommendation (Doc. 109) is **ADOPTED**.

　　　　　　2.　　Defendant has violated Standard Condition No. 1 of the terms of his supervised release; and

3. Defendant's **Disposition Hearing** shall be held on **February 3, 2014 at 11:00 a.m.**

Dated this 17th day of January, 2014.

_____
Jennifer G. Zipps
United States District Judge

- 2 -